UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,          :   **ECF CASE**
                                   :
         -v-                       :   **NOTICE OF APPEARANCE AND**
                                   :   **REQUEST FOR ELECTRONIC**
JOSE CASTRO, a/k/a "Papo," et al., :   **NOTIFICATION**
                                   :
         Defendant.                :   12-CR-0863 (LAP)
                                   :
----------------------------------X

TO:  Clerk of Court
     United States District Court
     Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney for the
                              Southern District of New York

                          by: /s/ Rahul Mukhi
                              Rahul Mukhi
                              Assistant United States Attorney
                              (212) 637-1581
                              Rahul.Mukhi@usdoj.gov

TO:  Counsel of record (by ECF)